THE STATE OF OHIO, APPELLEE, *v.* CLAYBORN, APPELLANT.

[Cite as *State v. Clayborn,* 130 Ohio St.3d 260, 2011-Ohio-5345.]

*Cause remanded for application of* State v. Williams.

(No. 2011-0745—Submitted August 8, 2011—Decided October 20, 2011.)

APPEAL from the Court of Appeals for Franklin County, No. 10AP-545,

2011-Ohio-1890.

_____

{¶ 1} The discretionary appeal is accepted.

{¶ 2} The judgment of the court of appeals is reversed, and the cause is remanded for application of *State v. Williams*, 129 Ohio St.3d 344, 2011-Ohio-3374, 952 N.E.2d 1108.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

O'DONNELL, J., dissents and would affirm the judgment of the court of appeals.

_____

Ronald O'Brien, Franklin County Prosecuting Attorney, and Steven Taylor, Assistant Prosecuting Attorney, for appellee.

Yeura R. Venters, Franklin County Public Defender, and Allen V. Adair, Assistant Public Defender, for appellant.

_____